IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARY LOUISE SESSIONS OAKES,
ADMINISTRATRIX OF THE ESTATE
OF ODESS SESSIONS                                                                          PLAINTIFF

VS.                                                                                                      CIVIL ACTION
                                                                                           NO. 5:06-CV-164-DCB-JMR

YAZOO CITY HEALTH AND REHABILITATION
CENTER; MARINER HEALTH CARE MANAGEMENT
COMPANY; MARINER HEALTH CARE, INC.;
ANDREW OVERHOLSER; LISSA COLLINS AND
JOHN DOES 1 - 20                                                                           DEFENDANTS

## AGREED ORDER OF DISMISSAL

**CAME ON FOR CONSIDERATION** this date, the Motion to Dismiss Defendants, Andrew Overholser and Lissa Collins, and the Court, upon finding that plaintiff is unopposed to said motion, and after considering the evidence, finds that the Motion to Dismiss should be and is hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Andrew Overholser and Lissa Collins are hereby dismissed from this cause of action with prejudice, and that each party shall bear their respective costs and attorneys' fees.

IT IS FURTHER ORDERED AND ADJUDGED that the caption of the case is amended by removing the names of defendants Andrew Overholser and Lissa Collins.

SO ORDERED AND ADJUDGED, this the   10th   day of    May    , 2007.

                                                                    s/ David Bramlette
                                                            UNITED STATES DISTRICT JUDGE

APPROVED:


 s/ John W. Christopher
John W. Christopher, Esquire
Christopher & Ellis, PLLC
P. O. Box 982
Ridgeland, MS 39158
    *Attorneys for Plaintiff*


 s/ Michael E. Phillips
Michael E. Phillips (MSB #100119)
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
P. O. Box 13429
Jackson, MS 39236-3429
    *Attorneys for Defendants*